JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN,<br><br>             Plaintiff,<br><br>     vs.<br><br>SUNRISE MANAGEMENT, INC. a Nevada Corporation, TODD STEVENS, an individual,<br><br>             Defendants. | Case No.: 8:15-cv-00823 AG (JPRx)<br><br>**JUDGMENT** |

# JUDGMENT

The Court hereby ORDERS, ADJUDICATES and DECREES that final judgment is for Plaintiff PAUL SAPAN against Defendants SUNRISE MANAGEMENT, INC., and TODD STEVENS, jointly and severally.

Defendants SUNRISE MANAGEMENT, INC., and TODD STEVENS, jointly and severally, must pay Plaintiff PAUL SAPAN the sum of Nine Thousand Six Hundred and Seventy Three Dollars and 65 cents ($ 9,673.65).

IT IS SO ORDERED, ADJUDICATED AND DECREED.

DATED:  April 25, 2016

_____/_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

[proposed] FINAL JUDGMENT